UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **LUKE HOGAN, on behalf of himself and other individuals similarly situated,** § § § | |
| **Plaintiff,** § § | Civil Action No. 3:20-cv-02899-X |
| vs. § § | |
| **SOUTHERN METHODIST UNIVERSITY and other affiliated entities and individuals,** § § § § | |
| **Defendant.** § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Luke Hogan, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order granting Defendant's motion to dismiss Plaintiff Luke Hogan's breach of contract claim, which is a part of the district court's Memorandum and Order entered on the 29th day of March 2022 (Dkt. 45); all other findings, conclusions, orders, or other rulings of the district court necessary to that order; as well as any separately entered final judgment that may arise from that order. *See* FED. R. CIV. P. 58; FED. R. APP. P. 4(a)(2), (c)(5). Plaintiff's appeal is limited to those parts of the district court's findings, conclusions, rulings, orders, or judgments which dispose of or which contributed to the dismissal of Plaintiff Luke Hogan's breach of contract claim. *See* FED. R. APP. P. 4(c)(6).

Dated: April 28, 2022.

Respectfully submitted,

**THE EDWARDS LAW GROUP**
603 W 17th STREET
AUSTIN, TX  78701
Tel.  512-623-7727
Fax.  512-623-7729

By     /s/ Jeff Edwards
     JEFF EDWARDS
     State Bar No. 24014406
     jeff@edwards-law.com
     MICHAEL SINGLEY
     State Bar No. 00794642
     mike@edwards-law.com
     DAVID JAMES
     State Bar No. 24092572
     david@edwards-law.com

**AND**

**LOVINS TROSCLAIR, P.L.L.C.**
Kenneth P. Trosclair
State Bar No. 24033548
Pete@LTLegalTeam.com
12700 Park Central Dr.
Suite 520
Dallas, TX 75251
Tel: 214-484-1930
Fax: 214-276-1475

**AND**

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq.**
Mindy S. Dolgoff, Esq.*
sultzerj@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Telephone: (854) 705-9460

**AND**

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown, Esq.\*\*
Michael A. Tompkins, Esq.\*
Brett R. Cohen, Esq.\*\*
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
jbrownl@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

\* Admitted *Pro Hac Vice*

\*\* Admission *Pro Hac Vice* to be requested

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Filing System of the Northern District of Texas.

/s/ *David James*
David James